

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL |
|---|---|
| VERSUS | NO. 19-190 |
| JAMAR ARMSTRONG | SECTION L |

### CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
              X  COUNSEL FOR DEFENDANT  (CJA) MICHAEL BOLEWARE, Townsend Myers For
              X  ASSISTANT U.S. ATTORNEY  DAVID HALLER
              ___  INTERPRETER _____  SWORN
              (TIME: _____ .M to _____ .M)

X / READING OF THE REDACTED SUPERSEDING INDICTMENT: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

X DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **FEBRUARY 3, 2020 AT 1:30 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE ELDON E. FALLON**

X / TRIAL: **FEBRUARY 10, 2020 AT 8:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE ELDON E. FALLON**

MJSTAR: 00:02